No. 04–278. TOWN OF CASTLE ROCK, COLORADO *v.* GONZALES, INDIVIDUALLY AND AS NEXT BEST FRIEND OF HER DECEASED MINOR CHILDREN, GONZALES ET AL. C. A. 10th Cir. Certiorari granted.

No. 03–1475. RICE *v.* MCCANN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–1672. CONNECTICUT DEPARTMENT OF SOCIAL SERVICES *v.* OSSEN, TRUSTEE. C. A. 2d Cir. Certiorari denied.

No. 03–1691. LEE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–1699. FRED SETTOON, INC. *v.* GROS. Ct. App. La., 3d Cir. Certiorari denied.

No. 03–10604. PIMENTEL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10726. LINARES *v.* ELLIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10776. SINGLETARY *v.* SHANNON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–11038. RIGSBY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–11063. GOULD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–40. INVENTION SUBMISSION CORP. *v.* DUDAS, AS UNDERSECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, PATENT AND TRADEMARK OFFICE, DEPARTMENT OF COMMERCE. C. A. 4th Cir. Certiorari denied.

No. 04–60. MARTINGALE, LLC *v.* CITY OF LOUISVILLE, KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied.